UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN JAY HUMPHREY

                          Plaintiff

          vs.                                          5:05-CV-0987
                                                       (NAM/ATB)

ONONDAGA COUNTY DEPARTMENT OF SOCIAL
SERVICES,
                          Defendant.
_____

**APPEARANCES**                          **OF COUNSEL:**

John Jay Humphrey
Plaintiff, *Pro Se*

Gordon J. Cuffy                          Michael P. McCarthy, Esq.
Onondaga County Attorney                 Senior Deputy County Attorney
421 Montgomery Street
Syracuse, New York  13202
Attorney for Defendant

Norman A. Mordue, Chief U.S. District Court Judge


                    JUDGMENT DISMISSING ACTION
                    <u>BASED UPON SETTLEMENT</u>


          The Court has been advised by counsel that this action has been settled, or is in the

process of being settled.  Counsel has also advised the Court that no infant or incompetent is a

party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

          ORDERED, as follows:

          1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to

re-opening upon the motion of any party within thirty days of the date of the filing of this order

upon a showing that the settlement was not consummated;

          2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-

first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>"** in compliance with N.D.N.Y.L.R. 41.3; and

3) The Jury Trial scheduled for August 30, 2010 is canceled.

Dated: August 19, 2010

_____
Norman A. Mordue
Chief United States District Court Judge

2